IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | No. 5-18CR0014-C |
| v. | |
| JAMES B. SMITH | |

## INDICTMENT

The Grand Jury Charges:

### Count One
Convicted Felon in Possession of a Firearm and Ammunition
(Violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2))

On or about November 17, 2017, in the Lubbock Division of the Northern District of Texas, and elsewhere, **James B. Smith**, defendant, a person who had previously been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess in and affecting interstate and foreign commerce a firearm and ammunition, to wit: a Springfield Armory by HS Produkt, Model XDS-923, 9mm caliber semi-automatic pistol, serial number S3832733, and five rounds of 9mm caliber ammunition.

In violation of Title 18, United States Code, Sections 922(g)(1), 924(a)(2), and 2.

Count Two
Convicted Felon in Possession of a Firearm and Ammunition
(Violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2))

On or about November 23, 2017, in the Lubbock Division of the Northern District of Texas, and elsewhere, **James B. Smith**, defendant, a person who had previously been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess in and affecting interstate and foreign commerce a firearm and ammunition, to wit: a Smith and Wesson, Model SD40VE, .40 caliber semi-automatic pistol, serial number FWS7261, and nine rounds of .40 caliber ammunition.

In violation of Title 18, United States Code, Sections 922(g)(1), 924(a)(2), and 2.

Forfeiture Notice
(18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c))

Upon conviction of the offense alleged in count one or count two of this indictment, and pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), defendant **James B. Smith** shall forfeit to the United States of America any firearm and ammunition involved in or used in the knowing commission of the offense, including, but not limited to, the following: a Springfield Armory by HS Produkt, Model XDS-923, 9mm semi-automatic pistol, serial number S3832733, five rounds of 9mm caliber ammunition, a Smith and Wesson, Model SD40VE, .40 caliber semi-automatic pistol, serial number FWS7261, and nine rounds of .40 caliber ammunition.

A TRUE BILL:

_____
FOREPERSON

ERIN NEALY COX
UNITED STATES ATTORNEY

_____
JEFFREY R. HAAG
Assistant United States Attorney
West Texas Branch Chief
Texas State Bar No. 24027064
1205 Texas Avenue, Suite 700
Lubbock, Texas 79401
Telephone:   806-472-7559
Facsimile:   806-472-7394
E-mail:       jeffrey.haag@usdoj.gov

**James B. Smith**
**Indictment - Page 3**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF TEXAS

LUBBOCK DIVISION

UNITED STATES OF AMERICA

v.

JAMES B. SMITH

INDICTMENT

COUNTS 1 & 2:   CONVICTED FELON IN POSSESSION OF A FIREARM AND AMMUNITION
Title 18, United States Code, Sections 922(g)(1), 924(a)(2).
FORFEITURE NOTICE
(2 COUNTS + FORFEITURE NOTICE)

A true bill rendered:
Lubbock                                                                    Foreperson

Filed in open court this __14th__ day of __February__, A.D. 2018.

ARREST WARRANT TO ISSUE

_____
UNITED STATES MAGISTRATE JUDGE